■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY CULVER, Appellant. — Appeal from a judgment of the County Court of Ulster County (Vogt, J.), rendered March 23, 1983, upon a verdict convicting defendant of the crime of burglary in the third degree.

When this matter was before us previously, we withheld decision and remitted to County Court for a hearing and determination of defendant's *Sandoval* motion (102 AD2d 924). The District Attorney has now forwarded a transcript of a hearing held on February 16, 1983, in which County Court, without

explanation, granted the prosecution permission to question defendant about the details of a 1982 conviction and the fact of a 1980 conviction. On the record provided us, we are still unable to determine whether County Court exercised its discretion in ruling on the *Sandoval* motion as required by *People v Williams* (56 NY2d 236). Accordingly, we again remit for further proceedings on the record, which must include County Court's reasons for its ruling (see *People v Henderson,* 97 AD2d 620).

Decision withheld, and matter remitted to the County Court of Ulster County for further proceedings not inconsistent herewith. Mahoney, P. J., Main, Weiss, Levine and Harvey, JJ., concur.